# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00084-CV

### In re M&M Orthodontics, PA

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

### M E M O R A N D U M   O P I N I O N

Real parties in interest Christine Ellis; Texas Health and Human Services Commission (HHSC); Dr. Kyle Janek, in his Official Capacity; and the Office of the Inspector General have filed an unopposed motion to dismiss this mandamus proceeding. *See* Tex. R. App. P. 42.3. The real parties in interest have advised the Court that the underlying administrative action that was pending against relator M&M Orthodontics in the HHSC Appeals Division has been nonsuited and dismissed, rendering moot the issues raised by M&M Orthodontics in its petition for writ of mandamus. We grant the motion and dismiss the petition for writ of mandamus.

_____

David Puryear, Justice

Before Justices Puryear, Goodwin, and Field

Filed:   January 30, 2015